# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHALEAN L. FRANKLIN,**<br><br>Defendant. | PO-25-5223-GF-JTJ<br><br>**VIOLATIONS:**<br>E2029496<br>E2029497<br>**Location Code: M13**<br><br>**ORDER TO DISMISS VIOLATIONS AND VACATE BENCH TRIAL** |

Based upon the United States' motion to dismiss violations E2029496 and E2029497 and for good cause shown,

**IT IS ORDERED** that violations E2029496 and E2029497 are **DISMISSED**. **IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED**.

DATED this 8th day of January 2026.

_John Johnston_
United States Magistrate Judge